UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES MELVIN WOODS, II,**

   Plaintiff,

v.                                                                    No. 4:23-cv-0980-P

**AMAZON, INC.,**

   Defendant.

## ORDER

Before the Court is the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge in this case. ECF No. 12. In it, the Magistrate Judge recommends that the Court dismiss this case under Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to follow the Court's order to file an amended complaint that complies with this Court's local rules. ECF No. 12 at 1. Plaintiff did object to the FCR.

Having reviewed the FCR for plain error, and finding none, the Court **AFFIRMS** the FCR and **ADOPTS** the reasoning set forth by the Magistrate Judge. Accordingly, the Court **DISMISSES** this case under Federal Rule 41(b).

**SO ORDERED** on this **2nd day of January 2024.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE